**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

___

| | |
|---|---|
| Willie Claudius Watt, | Civil No. 06-5138 (RHK/JSM) |
| Plaintiff, | **ORDER** |
| v. | |
| Hennepin County, Minnesota, | |
| Defendant. | |

___

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated March 8, 2007.

Based upon the undersigned's de novo review of the Report and Recommendation of Magistrate Judge Janie S. Mayeron and Plaintiff's Objections thereto, and upon all of the files, records and proceedings herein, **IT IS ORDERED**:

    1. The Objections (Doc. Nos. 13 and 14) are **OVERRULED**;

    2. The Report and Recommendation (Doc. No. 12) is **ADOPTED**;

    3. Plaintiff's "Application to Proceed Without Prepayment of Fees" (Doc. No. 2) is **DENIED**; and

    4. This action is summarily **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

Dated: April 9, 2007

                                                     s/Richard H. Kyle
                                                     RICHARD H. KYLE
                                                     United States District Judge